CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TIM MCGEACHY, et al.,

    Plaintiff,

v.

OSCAR AVILES, etc., et al.,

    Defendants.

Civil No. 10-3562 (JLL)

ORDER

For the reasons expressed in the Opinion filed herewith,

IT IS on this 18th day of May, 2011,

ORDERED that the Clerk shall replace "MCGENCHY" with "MCGEACHY" on the docket caption; and it is further

ORDERED that the application of Tim McGeachy to proceed in forma pauperis is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk shall administratively terminate this action; and it is further

ORDERED that, if within 30 days of the date of the entry of this Order, the $350 filing fee is paid to the Clerk in this action or plaintiff McGeachy submits to the Clerk a certified copy of his prison account statement for the period from November 1, 2010, through April 30, 2011, then this Court will reopen this case (McGeachy may also submit an amended complaint); and it is further

ORDERED that the Clerk shall open 28 new matters designating one of the following persons as the plaintiff in each new matter (with Hudson County Correction Center as each plaintiff's address), and designating Oscar Aviles and County of Hudson as defendants in each new matter: ELIJAH COOK; ANTHONY WILLIAMS, #219339; LUCIUS SMITH, #235786;

ELVIS FERATONIC, #225399; DARRYL DENMARK, #219826; DURAN WILLIAMS, #228179; ROMULO GREGORIO, #225363; SEAN HARRIS, #233077; SIHEEN LEGRANDE; HAKEEM LESTER, #230904; TIREKE CHISOLM, #229611; ANTHONY ROSE, #228418; SAM H. CAMPBELL, #222744; NEALSON CONNELL, #212238; WOODROW MILLER, #229325; SALAHDIN TRUWELL, #223106; DWIGHT MCGEACHY, #215460; DEVON CARTER, #222831; JAHMAL JOHN, #229166; LEON SMITH, #213471; WILLIAM CROWLEY;   MARC RICCARD, #231700; RONALD LAWRENCE,#230924; RUBEN ACOSTA, #235638;   NICGUAN SCOTT, #220832; DARNELL REEVES, #220828; LEONARDO BUCCHERI, #214091; RAYMOND PERRY, #218463; and it is further

ORDERED that the Clerk shall docket the "Complaint Received" as Docket Entry #1 in each new matter, and shall docket this Order and the accompanying Opinion as Docket Entry Nos. 2 and 3 in each new matter, and shall designate 550 as nature of suit; and it is further

ORDERED that the Clerk shall serve this Order, the accompanying Opinion, a blank form prisoner in forma pauperis application, and a blank form prisoner civil rights complaint upon each plaintiff in all 29 matters; and it is further

ORDERED that the Clerk shall administratively terminate each new matter, subject to reopening in the event that the named plaintiff submits to the Clerk within 30 days of the date of the entry of this Order, an application to proceed in forma pauperis, including affidavit of income and assets, and certified six-month prison account statement (on the form provided by the Clerk), **together with** an amended complaint complying with the terms of the Opinion accompanying this Order (on the prisoner civil rights complaint form provided by the Clerk), **and** a letter informing

the Clerk whether that plaintiff elects to proceed individually or jointly with plaintiff McGeachy; and it is finally

ORDERED that no statement made in this Order or the accompanying Opinion shall be construed as a bar on one or all of these plaintiffs' ability to initiate any civil action of his choice.

/s/ Jose L. Linares
**JOSE L. LINARES, U.S.D.J.**